[No. 16432-2-III.    Division Three.    April 30, 1998.]
PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY,
*Respondent*, v. ILLINOIS EMPLOYERS INSURANCE OF WAUSAU,
*Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-2-05092-1, Thomas E. Merryman, J., entered January 7, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Brown, JJ.

---

[No. 16455-1-III.    Division Three.    April 30, 1998.]
THE STATE OF WASHINGTON, *Respondent*, v. JOSH L.
SCHMALJOHN, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 96-8-50512-3, Lonna Malone, J. Pro Tem., entered February 7, 1997. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.

---

[No. 16556-6-III.    Division Three.    April 30, 1998.]
THE STATE OF WASHINGTON, *Respondent*, v. SHANNON RAE
BUCKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-1-00626-6, Craig Matheson, J., entered April 11, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.

---

[No. 16558-2-III.    Division Three.    April 30, 1998.]
*In the Matter of the Welfare of* D.F.

DAVID BRYANT, *Appellant*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-7-00609-5, Ellen Clark, J. Pro Tem., entered March 31, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.